

**United States District Court**

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

ERLYNDON J. LO

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR - 3 2010

CLERK, U.S. DISTRICT COURT
By _____

CRIMINAL COMPLAINT

3:10 MJ - 126 - BF

## CRIMINAL COMPLAINT

I, Lantre Conrad, hereinafter Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

> **On or about April 2, 2010, in the Northern District of Texas and elsewhere, Erlyndon Joseph Lo, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure employees and clients of the Southwestern Women's Surgery Center in violation of 18 U.S.C.§ 875(c); and**

> **On or about April 2, 2010, in the Northern District of Texas and elsewhere, Erlyndon Joseph Lo, by threat of force, knowingly and intentionally attempted to intimidate and interfere with, the clients and employees of the Southwestern Women's Surgery Center, a facility that provides reproductive health services, because the employees of Southwestern Women's Surgery Center were and had been providing reproductive health services, and in order to intimidate the clients and employees of Southwestern Women's Surgery Center from obtaining and providing reproductive health services in violation of 18 U.S.C. § 248(a)(1).**

1. Complainant is a Special Agent of the FBI. I have been so employed for approximately six years and am currently assigned to the Dallas Field Division's Civil Rights Squad. I was a deputy with the Harris County Sheriff's Office in Harris County, Texas for eleven years and was employed as a guard with the Texas Department of Corrections for two years.

2. The statements contained in this Complaint are based, in part, on my personal observations and on information provided by other Special Agents of the FBI, Deputies with the United States Marshal Service, officers with the Plano Police Department and Dallas Police Department and other law enforcement agencies. Statements herein are also based on information provided by witnesses believed by me to be reliable and credible, my review of public filings and electronic communications, and on my experience and training.

1

3.     Southwestern Women's Surgery Center (SWSC) is located in Dallas, Texas in the Northern District of Texas.  SWSC provides reproductive health services as defined in 18 U.S.C. § 248(e)(5).

4.     The Plano Courthouse for the Sherman Division of the United States Courts for the Eastern District of Texas is located at 7940 Preston Road in Plano, Texas, in the Eastern District of Texas.  The United States District Clerk's Office is located in the courthouse.  Unless filed under seal, all matters filed with the clerk's office are made electronically available to the public on the internet via the CM/ECF and Pacer filing systems.

5.     Defendant Erlyndon Joseph Lo (Lo) resides at 3504 Nancy Court in Plano, Texas in the Eastern District of Texas.

6.     On April 2, 2010 at approximately 8:13 a.m. CST, Lo walked into the United States District Clerk's Office in the Plano Courthouse and filed a document styled Erlyndon J. Lo v. Roberts, et al. and entitled "Motion for an Immediate Temporary Restraining Order ('TRO'), Seeking a Preliminary and Permanent Injunction." (A copy of the filing is attached as Exhibit 1).  The TRO seeks to have the district court declare abortion illegal in the United States.  Lo's motion contains the following statements:

"My life is at stake.  I could be MURDERED AND KILLED as early as Friday, April 2, 2010 at 12:00 p.m. NOON in Dallas, Texas ('TX') if you do not IMMEDIATELY GRANT MY REQUEST for in the very least a TEMPORARY RESTRAINING ORDER!!!"

"I plan on saving a least one human life in Dallas, Texas at 12:00 p.m. at the Southwestern late-term abortion facility, 8616 Greenville Ave. at Royal Ln. (NE corner), Dallas 75243."

"My religious beliefs include the beliefs that an individual is alive at the moment of conception, abortion is murder and is the worst murder of all murders possible because these babies are completely defenseless, and I am entitled under my religious beliefs to use deadly force if necessary to save the innocent life of another."

"[Specific facts: ON FRIDAY, APRIL 2, 2010, TOMORROW, I WILL BE AT SOUTHWESTERN LATE-TERM ABORTION FACILITY LOCATED AT 8616 Greenville Ave. at Royal Ln. (NE corner), Dallas 75243, I will try to stop an abortion using oral words, and if words are not enough.  I will use physical force if necessary, and if anyone tries to physically stop me, I will overcome that force, and if I must use deadly force to defend the innocent life of another human being, I will."

7.     Approximately three weeks prior to Lo's filing of the TRO, a male matching the general description of Lo went to SWSC alone with a receipt, claiming that he wanted to find out if his wife had an abortion.  After asking the male several questions, SWSC employees told the male that they could not give out any information about services or even whether a particular person was a patient.

8.   Lo maintains a website at www.erlyndon.com.  (A hard copy of the written content of the website is attached as Exhibit 2)  On his website, Lo claims that he graduated from law school at Southern Methodist University and has taken the New York Bar Exam.  Lo also states that law school "really broke him."  Lo's website contains an extensive discussion on abortion, including a hypothetical in which President Obama's wife is raped.  Lo also specifically references the lawsuit he filed in he Eastern District of Texas on his website, stating: "I sued John Roberts, the Chief Justice of the United States Supreme Court.  The case is pending.  The "CAUSE NO:" is 4:10cv119. . . . The "CAUSE STYLE:" is ERLYNDON J. LO V. ROBERTS, ET AL. (This is a class action lawsuit, with me versus the 9 members of the Supreme Court)."  Lo, further references the lawsuit in stating, "JUDGE RICHARD A. SCHELL WILL BE PREISIDING.  IF HE COOPERATES WITH ME, TOGETHER HE AND I WILL PERMANENTLY AND EFFECTIVELY END MURDER/ABORTION FOREVER WITHIN 1 YEAR."  Lo further states on his website that "[i]t is MY SINCERE AND DEEPLY HELD religious belief (from now on "religious belief") that when I am completely innocent, in order to defend or protect myself or my own life, I may use necessary force, and I also may use necessary force to protect or defend the life of an innocent third person, even if that force happens to be deadly."

9.   Lo's website and the U.S. District Court Pacer filing system can be accessed by clients and employees of the SWSC and others in the Northern District of Texas and elsewhere.

10.   Lo made frequent visits to the Plano Courthouse in the weeks preceding the filing of his motion for a TRO.  During these visits, Lo exhibited erratic behavior including raising his voice at members of the clerk's office, obsessively washing his hands in the public restroom and sitting in a court witness room in the dark without authorization to enter the room.  Lo also attempted to and did speak with members of the court.  Lo provided his resume to courthouse staff.  Lo provided information that he was an intern or volunteer clerk for a United States Bankruptcy Judge in the Northern District of Texas.  Lo's internship with a United States Bankruptcy Judge in the Northern District of Texas was confirmed.  Case filings in the Northern District of Texas are also available and accessible to the public on the internet via the CM/ECF and Pacer filing systems.  Based on Lo's background as a law student and an intern for a United States Bankruptcy Judge in the Northern District of Texas, he knew or had reason to know that his filings would be placed on the internet and that his specific threat to use deadly force if necessary to stop an abortion at the SWSC located at 8616 Greenville Ave. at Royal Ln. (NE corner), Dallas 75243 at 12:00 p.m. on Friday, April 2, 2010 would be accessible to clients and employees of SWSC and others.

11.   In response to Lo's threat, to be carried out as early as 12:00 p.m. on April 2, 2010, that he knew or had reason to know would be posted on the internet, multiple law enforcement agencies were contacted, and those agencies responded, including the United States Marshal Service, Federal Bureau of Investigation, Plano Police Department, and the Dallas Police Department.  Those agencies responded to the SWSC in Dallas, Texas before 12:00 p.m. on Friday and provided and continue to provide protection and monitoring of the facility in response to he threat.

Lantre Conrad, Special Agent,
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, April 5,

2008, at Dallas, Texas, at 11 30  o'clock. a.m.

Paul D. Stickney
**UNITED STATES MAGISTRATE JUDGE**

4

FILED-CLERK
U.S. DISTRICT COURT

2010 APR -2 AM 8: 13

TEXAS-EASTERN

BY————————

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Judge: Richard Schell

CAUSE STYLE:                          CAUSE NO:
                                      4:10cv119

ERLYNDON J. LO
V.
ROBERTS. ET AL

## MOTION FOR AN IMMEDIATE TEMPORARY RESTRAINING ORDER ("TRO"), SEEKING A PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION

May it please the court. These seven pages, with this page as page one of seven, constitute the entire motion and request for a TRO.



# EMERGENCY!!! URGENT!!! DIRE EMERGENCY!!! HELP ME!!! PLEASE!!!

## TEMPORARY RESTRAINING ORDER ("TRO") <u>DEMAND</u>

This is a DEMAND for AN IMMEDIATE TEMPORARY RESTRAINING ORDER, seeking a preliminary injunction and a permanent injunction. This is an ABSOLUTE EMERGENCY!!!

My life is at stake. I could be MURDERED AND KILLED as early as Friday, April 2, 2010 at 12:00 p.m. NOON in Dallas, Texas ("TX") if you do not IMMEDIATELY GRANT MY REQUEST for in the very least a TEMPORARY RESTRAINING ORDER!!!

I plan on saving at least one human life in Dallas, TX at 12:00 p.m. at the Southwestern late-term abortion facility, 8616 Greenville Ave. at Royal Ln. (NE corner), Dallas 75243.

As I have already filed, it is my CONSTITUTIONAL RIGHT to freely exercise my religious beliefs. My religious beliefs include the beliefs that an individual is alive at the moment of conception, abortion is murder and is the worst murder of all murders possible because these babies are completely defenseless, and I am entitled under my religious beliefs to use deadly force if necessary to save the innocent life of another. The Dallas Police, the Plano Police, the Collin County Police, the Garland Police, the Rowlett Police, the United States Army, the United States Military, the United States Marines, the United States Navy, the United States Air Force, and all other officers of the United States threaten my life by threatening to kill me, severely injure me, seriously injure me, injure me, or stop me from exercising my religious beliefs. I am a born United States citizen. I was born in Dallas, TX. So if I am killed, you are liable for my death.

Federal law recognizes that an unborn child is entitled to protection, even from the very moment of conception. *See* TITLE 18, PART I, CHAPTER 90A, § 1841 Protection of unborn children:
(a)
(1) Whoever engages in conduct that violates any of the provisions of law listed in subsection (b) and thereby causes the death of, or bodily injury (as defined in section 1365) to, a child, who is in utero at the time the conduct takes place, is guilty of a separate offense under this section.
(2)
(A) Except as otherwise provided in this paragraph, the punishment for that separate offense is the same as the punishment provided under Federal law for that conduct had that injury or death occurred to the unborn child's mother.
(B) An offense under this section does not require proof that—

(i) the person engaging in the conduct had knowledge or should have had knowledge that the victim of the underlying offense was pregnant; or

(ii) the defendant intended to cause the death of, or bodily injury to, the unborn child.

(C) If the person engaging in the conduct thereby intentionally kills or attempts to kill the unborn child, that person shall instead of being punished under subparagraph (A), be punished as provided under sections 1111, 1112, and 1113 of this title for intentionally killing or attempting to kill a human being.

(D) Notwithstanding any other provision of law, the death penalty shall not be imposed for an offense under this section.

(b) The provisions referred to in subsection (a) are the following:

(1) Sections 36, 37, 43, 111, 112, 113, 114, 115, 229, 242, 245, 247, 248, 351, 831, 844 (d), (f), (h)(1), and (i), 924 (j), 930, 1111, 1112, 1113, 1114, 1116, 1118, 1119, 1120, 1121, 1153 (a), 1201 (a), 1203, 1365 (a), 1501, 1503, 1505, 1512, 1513, 1751, 1864, 1951, 1952 (a)(1)(B), (a)(2)(B), and (a)(3)(B), 1958, 1959, 1992, 2113, 2114, 2116, 2118, 2119, 2191, 2231, 2241 (a), 2245, 2261, 2261A, 2280, 2281, 2332, 2332a, 2332b, 2340A, and 2441 of this title.

(2) Section 408(e) of the Controlled Substances Act of 1970 (21 U.S.C. 848 (e)).

(3) Section 202 of the Atomic Energy Act of 1954 (42 U.S.C. 2283).

(d) As used in this section, the term "unborn child" means a child in utero, and the term "child in utero" or "child, who is in utero" means a member of the species homo sapiens, at any stage of development, who is carried in the womb.

Texas law recognizes that I may stop the murder of a baby in her or his mother's womb as long as the third trimester has begun. *See* Civ. Stat. §§4512.5, H&S 245.001 et seq. (5) (recognizing it is illegal for a person to procure an abortion in the third trimester unless necessary to prevent death or substantial risk of serious impairment to woman's physical or mental health, or if fetus has severe and irreversible abnormality).

Go to www.google.com, type in "abortion", click on "Videos", and click on the first video that pops up, which is approximately 6 minutes long, specifically 6 minutes and 21 seconds. Then you will see why abortion is murder in the highest form possible. Technology in all ways including electronically, medically, photographically, video-wise, internet-wise has drastically improved, which is why it is so much easier to clearly and plainly and obviously SEE WHY abortion is WRONG and IS MURDER IN THE HIGHEST FORM. ABORTION IS THE WORST MURDER POSSIBLE KNOWN TO MANKIND AND/OR HUMANITY.

Moreover, by watching this video, you will see what might happen to me. I could get hurt or even MURDERED by civil authorities. I could be killed, and I could be injured.

Moreover, I could be thrown into jail losing my substantial legal rights to bring an action pro se against the 9 justices of the United States Supreme Court. No one will prosecute my claim as much as I will.

I could be deemed a criminal before even finishing this civil action to determine whether I have the right to save an innocent human being using up to deadly force, including physical force.

The Federal Rules of Civil Procedure allow the court to grant me a TRO if my life is in jeopardy.

Here following are the applicable and relevant provisions which I certainly and definitely beyond any doubt meet. This is the most urgent case of all: my life could be taken away from me, moreover, without due process of law.

I. FEDERAL RULES OF CIVIL PROCEDURE
    A. The Most Current Law Copied And Pasted Word For Word, With My Facts Applied Immediately In Brackets For The Convenience Of The Most Honored Court:

Rule 65. Injunctions and Restraining Orders
(b) Temporary Restraining Order.
(1) Issuing Without Notice.

The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and [Specific facts: ON FRIDAY, APRIL 2, 2010, TOMORROW, I WILL BE AT THE SOUTHWESTERN LATE-TERM ABORTION FACILITY LOCATED AT 8616 Greenville Ave. at Royal Ln. (NE corner), Dallas 75243, I will try to stop an abortion using oral words, and if words are not enough. I will use physical force if necessary, and if anyone tries to physically stop me, I will overcome that force, and if I must use deadly force to defend the innocent life of another human being, I will. The Dallas Police, as well as any of the above mentioned authorities, will try to stop me from saving at least one human life. They have guns and weapons which could kill me. Specific facts are already written in the complaint I mailed to the court. I will have an affidavit to clearly show that immediate and irreparable injury, loss, or damage will result to me the movant before the adverse party the 9 members of the U.S. Supreme Court can be heard in opposition. My death which is injury to my body, loss of my life, and damage to my body, by being shot or beaten to death is irreparable because once I am dead, I will never be able to come back to live. I will be dead forever. Also, even if I am not injured, I will be at least arrested and put into jail, and I will have loss of legal rights such as prosecuting this civil action which is irreparable.]

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required. [I am acting pro se, and so I am my own attorney. I am certifying in this very writing any efforts made to give notice and the reasons why it should not be required. Today, I called the Supreme Court of the U.S. ("SC") giving them notice and actual notice of the exact location of the district court in Plano, TX, and

my intent and will to immediately file this TRO. Moreover, notice is not even required, and I gave the SC notice anyway.]

(2) Contents; Expiration.

Every temporary restraining order issued without notice must state the date and hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry — not to exceed 14 days — that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record.

(3) Expediting the Preliminary-Injunction Hearing.

If the order is issued without notice, the motion for a preliminary injunction must be set for hearing at the earliest possible time, taking precedence over all other matters except hearings on older matters of the same character. At the hearing, the party who obtained the order must proceed with the motion; if the party does not, the court must dissolve the order.

(4) Motion to Dissolve.

On 2 days' notice to the party who obtained the order without notice — or on shorter notice set by the court — the adverse party may appear and move to dissolve or modify the order. The court must then hear and decide the motion as promptly as justice requires.

(c) Security.
The court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained. The United States, its officers, and its agencies are not required to give security.

(d) Contents and Scope of Every Injunction and Restraining Order.
(1) Contents.

Every order granting an injunction and every restraining order must:

(A) state the reasons why it issued [so that I will not die, be injured, be restrained, be battered, be assaulted, be imprisoned];

(B) state its terms specifically [Make abortion illegal in every single case, at least for 14 days.]; and

(C) describe in reasonable detail — and not by referring to the complaint or other document — the act or acts restrained or required. [Don't harm Erlyndon Joseph Lo also

known as Joey Lo in any way at all, don't allow abortions to happen at all anywhere in the United States, and protect all heroes, rescuers, and life-savers, specifically those who seek to save babies in their mother's womb.]

(2) Persons Bound.

The order binds only the following who receive actual notice of it by personal service or otherwise [anyone who receives actual notice by watching CNN, Fox News, or any other television news station, learning of the illegality of abortion on the internet, or in any other way such as listening to the radio]:

(A) the parties [9 members of the U.S. Supreme Court];

(B) the parties' officers, agents, servants, employees, and attorneys [the police of each city of Texas, the U.S. army, U.S. military, U.S. marines, and all other officers of the U.S.]; and

(C) other persons who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B).


## II. TRO REQUEST
**I IMMEDIATELY REQUEST THAT THIS COURT DECLARE IN THE UNITED STATES OF AMERICA ABORTION TO BE ILLEGAL IN EVERY SINGLE CASE, TO STOP ANY AMERICAN INCLUDING UNITED STATES AUTHORITIES OR TEXAS AUTHORITIES FROM STOPPING ME FROM SAVING THE LIFE OF AN UNBORN CHILD, TO STOP ANY DOCTOR FROM PERFORMING AN ABORTION, AND TO STOP ANY MOTHER FROM GETTING AN ABORTION.**

**It is better to be safe than sorry, meaning that it is better that you be conservative than liberal when dealing with or considering the issue of life and death. If the United States is wrong about abortion, namely that abortion/murder is a "fundamental right", then the United States is liable for the deaths of 45 million individuals, including the approximately 3,000 murders that occur daily in the United States from abortions. If the United States is right about abortion, that it is okay and is a fundamental right, at most, there will be approximately 42,000 new United States citizens as a result of keeping abortion illegal for 14 days.**

**So if you have to choose between whether 42,000 murders (what the US calls abortions) will occur or 42,000 new lives will be brought to this planet earth, and ONLY YOU have the power to determine whether 42,000 people will live or die, it would be better to choose 42,000 new lives. Life is better than death. If there were no life, we wouldn't be here today, and there would be nothing.**

It would be of the same effect to kill those 42,000 people when they are 14 days old outside of their mothers' wombs in case you decide that I am wrong.

This TRO is ABSOLUTELY NECESSARY because no adequate remedy at law currently exists.

4:00 PM
in Plano, TX
on April 1, 2010
(Thursday)

Signature of
Erlyndon Joseph Lo
also known as
Joey Lo

Affidavit of Erlyndon Joseph Lo, also known as Joey Lo

1. My name is Erlyndon Joseph Lo. I am also known as Joey Lo.
2. I reside at 3504 Nancy Court, Plano, Texas ("TX") 75023.
3. I will be at the Southwestern late-term abortion facility, 8616 Greenville Ave. at Royal Ln. (NE corner), Dallas 75243 at 12:00 p.m.
4. I will stop at least one abortion from happening, using words, and if necessary, physical force, and if necessary, deadly force.
5. Immediate and irreparable injury, loss, or damage will result to me before the nine members of the United States Supreme Court can be heard in opposition, because the Dallas Police and any other authority with power granted by the United States will attempt to stop me, using up to deadly force, causing my death, injury, or imprisonment and permanent loss of legal rights.

I certify that the above statements are true and accurate to the best of my knowledge and belief.

3:57 PM in Plano, Texas ("TX"), Thursday, April 1, 2010.

Signature of Erlyndon Joseph Lo, also known as Joey Lo

*4:28 PM in Plano, TX*

*4-1-2010*

*[signature] Erlyndon Joseph Lo*

*[signature] Joey Lo*

CHARLES W HUNTER II
My Commission Expires
August 19, 2013

Certification

I, Erlyndon Joseph Lo, also known as Joey Lo, attorney for Erlyndon Joseph Lo, also known as Joey Lo, certify in writing, in this writing, that I made several efforts to give notice to the nine members of the Supreme Court of the United States. I called them three times today. I spoke with Katy and also Crystal, and they would not allow me to speak with even one justice of the U.S. Supreme Court. I told Crystal (whose name I don't know exactly how to spell) the exact address of the District Court (Eastern District) in Plano, Texas ("TX"). I called again and left them a message so that they would realize how disgusting abortion is.

I gave the U.S. Supreme Court notice, and notice was not even required because this is an emergency.

4:29 PM in Plano, TX

4-1-2010

*(signature)* Erlyndon Joseph Lo

*(signature)* Joey Lo

CHARLES W HUNTER II
My Commission Expires
August 19, 2013

*(notary signature)* Charles W. Hunter

Erlyuda Joseph Lo
8504 Nancy Courte
Plano, TX 75025





Search the web

# www.erlyndon.com

**Home**

Online Payment

Contact

Hi. My name is Joey Lo. I took the New York Bar Exam in February 2010. I graduat
school at Southern Methodist University. I have a Juris Doctor, also known as a J.D.
went to the University of Texas at Dallas for college. I graduated with a Bachelor of
Business Administration. My Grade Point Average ("GPA") in college which I gradua
over a 3.8. Specifically, my GPA was a 3.848. 4.0 was the highest GPA possible. I
teacher. I teach students of all ages, from elementary school to working professiona
to grandparents. You may contact me if you're interested. I can also teach violin les
in the Texas All-State Orchestra in High School. I was the concertmaster of L.V. Ber
School in Richardson Texas. I was a member of the Greater Dallas Youth Orchestra

I aspire to be a lawyer one day. I hope that one day I can be a good lawyer. I mean
one day I can be a truly good lawyer. I mean good in the best way possible. I am a
person, and my first desire in life is to please a person I believe in--God. I love God,
Heaven, Jesus Christ His only Son, and the Holy Spirit. I am a Christian. Currently,
fledged and devout Roman Catholic Christian, in full communion with Pope Benedict
(XVI) whom I will always humbly submit to, the Holy See in Rome, Italy, the Holy Cat
of more than one billion official members. I have been a Christian since I was in the
in elementary school. I accepted Christ into my life when watching TV. Some guys
strong and breaking ice. They invited me to accept Jesus into my life and ask him to
for the ways I sinned. I did so, and I was changed. My parents didn't ever really take
church. When my mother died when I was ten years old (as measured from my birth
cancer, my brother was really hurt. So, in order to be comforted, he started going to
Christian organization. He started inviting me to fun events like sand volleyball outsi
started playing chess with a good friend. I made friends with the friend's younger bro
around my age. Anyway, I experienced God through a retreat. Law school really bro
started attending a small group, praying with a good group of guys, which really help
enjoyed listening to sermons on a local radio station called 90.9 KCBI. John Piper is
favorite pastors to listen to preach. I like Joel Osteen, Ed Young, and Joyce Meyer.
thoroughly enjoyed is Knowing God by J.I. Packer. After doing a lot of research on V
the internet, and after hearing on KCBI that Pope Benedict said that any non-
Catholic ecclesiastical community could not be called a church in the proper sense o
decided to become a Catholic. Today I am a good Catholic, and I've never been bett
to Jesus, God, the Father in Heaven, and the Holy Spirit. I have a deep and intimate
with God, the Father in Heaven, Jesus Christ, and the Holy Spirit. I hope and pray th
will.

I have two main enemies: the devil, and his demons--the evil spirits. I love all human
Satan and the demons are always negatively influencing humans. That is why huma
a hard life. I love humans. I hate sin and the devil and demons. I hate the devil and
because they will never repent or do anything good. They always do evil and always
evil. I rely upon the help and assistance of God, the Father Almighty, Jesus Christ, tl
prayers of Christians, and the faithful angels of God.

Other enemies of mine include the sinful natures of all humans and the sinful flesh of

It doesn't help that more often than not, humans choose to do evil by failing to do goo
choosing to do evil.

GOVERNMENT
EXHIBIT
2

Women are awesome.  All females are awesome.  All females are as good as all ma
female is as good as any one male.  A person is not better or worse than another ba:
the person's gender.  Character is everything.  Women must be educated as much a
Females must be educated as much as men.  Males must never abuse females in ar
male must never abuse a female in any way.  A male must never abuse the female h
to.

I challenged President Barack Obama to a public debate on abortion, which he lost k
responding.  He must have accepted my challenge before March 26, 2010 at 5:00 p.l
he lost, I won, abortion is wrong, abortion is evil, abortion must now and immediately
illegal everywhere in the world, he didn't even care, he needs to stop kissing or hugg
even one baby acting as if he cared about even one baby, because he really doesn't
cares about is his image, which I see right/directly/straight/clearly through, and all he
is himself, like his dad who abandoned him, his family, and his wife to pursue selfish
doesn't really care about people, because if he did, he would use his authority to def(
innocent human beings on this planet--babies.  His presidency means nothing, becau
indifference to human life.  He has an utter disregard for the value of human life, and
disregard for human life.  He doesn't care about humans that much.  He merely only
cares about humans, because if he really did care about all people, he would use his
power to protect and defend the most innocent, helpless, human life, such as a baby
mother's womb; not only the baby who is eight months conceived in her or his mothe
also the baby who is less than five months conceived in her or his mother's womb.

Obama doesn't know who he is or where he is going.  He is lost.  He is a ship being t
turned about by the waves.  He needs to be made into an anchor.  Metaphorically, he
drifting, being blown wherever the wind takes him.  I can't blame him.  Life is tough.
be made into, metaphorically, a solid, 600-year old tree.  He needs to use his talents
not for evil.  He must not be a push-over.  Knowing legal and illegal is not enough.  A
person needs to know right and wrong.  A person needs to know good and evil.  Har
School doesn't teach a person that.  Harvard Law School, like most other law school:
teaches what is legal and illegal.  Human life is not a matter of public opinion or opini
subjective.  It's a matter of fact.  It's objective.  The fact that I am typing this right now
unbreakable, and indisputable proof and evidence that I am alive.  It is a matter of fac
matter of opinion.  It is objective truth.  It is not Obama's opinion or someone else's o
am alive.  My being alive is not subjective.  It is solid objective truth.  It doesn't matte
has the opinion that I am not alive.  I AM alive, even if someone does not believe tha

It is not a child's fault that her or his mother was raped.  The child--she or he--should
slaughtered simply because a man raped her mother.  The innocent child has nothin(
that wrong.  A mother must not kill her own baby.  It is possible for a mother to kill he
and perform her own abortion, without a doctor, such as by taking the "morning-after
worse when they conspire to murder the innocent baby.)

I think Obama knows he loves this issue.  It's pure reasoning and logic.  It's the skill I
in law school where there were no morals.  There is a right and a wrong.  There woul
relativism without absolutes.  Relativism does not exist without absolutes.  In my opir
guess that Obama probably loves this issue.

Even Obama said himself publicly for all the world to see on television during his can
become President of the United States on CNN that a man who rapes his daughter (;
raped his own daughter) should be (or should have been) put to death, receiving the
penalty.

There is no disagreement whether the rapist male must be disciplined or punished.  ·
disagreement as to or regarding or both the extent of the punishment or discipline, s(
whether the male should receive life in prison or less.

If a male rapes a female who becomes pregnant as a direct result of the male raping

and the female will die if she delivers the baby, and by some miracle a doctor knows
without a doubt that the female will live if she kills the baby who is in her mother's wo
mother decides to deliver the baby, the male has committed murder.

The purpose of making abortion illegal is protecting the innocent life of the child, not
mother.

Abortion is WRONG in EVERY case, even when a woman is raped and she did not w
child, EVEN WHEN SHE WILL DIE IF SHE HAS THE CHILD, AND EVEN IF THE W
SURVIVE ONLY IF SHE KILLS THE BABY. That is the OBJECTIVE AND ABSOLU
THAT IS THE ONLY CORRECT ANSWER.

If someone rapes Obama's wife Michelle Obama, that would be sad, tragic, and sorro
must not slaughter Malia or Sasha for the bad act of a rapist male. And if Michelle O
murdered Sasha or Malia simply because a male raped her, I think Obama might be
an infinitely little bit mad. I could be wrong, knowing that Obama approves of abortio
be objectively WRONG, and NO ONE can truly disagree with me on that issue, unles
is immoral.

If I were Obama, I wouldn't want to debate me either because I know that I would los
be advocating evil, murder, and immorality. I know popularity means EVERYTHING
and Obama has no morals. Obama doesn't want to say anything that is unpopular.
and plain fact is this: He is nasty. A shower is insufficient to clean him. God needs t
clean him internally with the blood of Jesus Christ which was shed at Calvary, fill Oba
Holy Spirit, fill Obama with the Word Jesus Christ, fill Obama with the love of God an
Christ, fill Obama with humility to admit that he is wrong, and humble Obama. Obam
is supremely unclean--the most unclean man I can think of. The very fact that he did
respond shows that he doesn't care much about his reputation. Otherwise, he would
and disgusted by the very thought of any abortion of any child at any age. He is afra
me on this issue because he knows it will make him very unpopular. I am supremely
Obama. I'm Lennox Lewis, and he's like Mike Tyson. Mike Tyson is braver than
because at least Mike Tyson agreed to fight Lennox Lewis. Obama was too
cowardly/scared/indifferent to even debate me. How more civil can a challenge get t
debate? I was not asking Obama to box me. It would have been mind war. And my
superior to Obama's. I am the undisputed world champion of the abortion debate. C
too cowardly/scared/indifferent to even RESPOND!!! Abortion is wrong in every sing
for Obama to disagree with me is indisputable proof that he is wrong. Obama is not
to debate with me on the issue of abortion.


I sued John Roberts, the Chief Justice of the United States Supreme Court. The cas
The "CAUSE NO:" is 4:10cv119. My full legal name is Erlyndon Joseph Lo. I am als
"Joey Lo" and "Joey". "Joey" is my nickname, derived from my middle name, "Josep
"CAUSE STYLE:" is ERLYNDON J. LO V. ROBERTS, ET AL. (This is a class action
me versus the 9 members of the Supreme Court.)

This cause of action (lawsuit) will take place in the "UNITED STATES DISTRICT CO
EASTERN DISTRICT OF TEXAS". Ultimately, I will win this case without any doubt.
should last no longer than a year, and my complaint requests (--This is an extremely
parenthetical which constitutes almost the entire paragraph.--pending the outcome a
closure and conclusion of my case, due to the emergency/emergent and extremely u
important nature-and-circumstances of the matter of this case, which is greater and c
infinitely more important than the sale of stock, which the law allows a preliminary inji
meaning that the court may at least temporarily stop the sale of the stock in order to
destruction of the subject matter [the stock] until the court finally determines that the
wrong and the plaintiff might have to pay damages, and in an even more important a
case, the custody of a child such as when a father will abscond with a child totally de
child's mother of the child forever if the authorities do not catch the father who has th

immediately, namely, that 2 people will die every single minute as a direct result of th
delay, inaction, or sluggishness such as not serving the justices of the U.S. Supreme
AND IMMEDIATELY) that IMMEDIATELY all murder of an innocent human life in eve
case, abortion, be rendered ILLEGAL by United States law.

This case will take place at:
Address:
U.S. District Court
7940 Preston Road, Suite 111
Plano, Texas (TX) 75024

JUDGE RICHARD A. SCHELL WILL BE PRESIDING.  IF HE COOPERATES WITH
TOGETHER, HE AND I WILL PERMANENTLY AND EFFECTIVELY END MURDER.
FOREVER WITHIN 1 YEAR.  TODAY IS MARCH 22, 2010.  YOU MAY KEEP UP TO
THIS REAL-LIFE STORY AS IT HAPPENS.  IT'S LIKE READING A BOOK.  THIS IS
FICTION.  IT IS A SERIES OF REAL-LIFE EVENTS, ACTUALLY TAKING PLACE.  I
UNBELIEVEABLE TO YOU.  IT'S LIKE NEWS.

YOU ALREADY KNOW THE BEGINNING AND END OF THIS STORY.  IT MIGHT N
THAT EXCITING TO YOU.  I SUED JOHN ROBERTS AND THE OTHER EIGHT (8)
OF THE SUPREME COURT OF THE UNITED STATES.  AND I WON THE CASE B
MARCH 22, 2011 AND ABORTION IN ALL CASES WILL BE ILLEGAL AT LEAST IN
UNITED STATES.  THE FUN PART IS THE JOURNEY, FOR YOU TO SEE HOW I V
CASE.  IT'S LIKE LIFE.  WE ALL ARE CONCEIVED AT THE POINT OF CONCEPTI
WE DIE.  IT'S THAT SIMPLE.  THE BEAUTY OF LIFE HERE ON EARTH IS WHAT
BETWEEN OUR CONCEPTION AND DEATH.

No one should be murdered.  Everyone deserves an equal chance/opportunity to live

In case you are wondering, the United States statute which I am filing my case pursu
UNITED STATES CODE, TITLE 18, PART I, CHAPTER 13, SECTION 247.  For you
convenience, I'll type the relevant portions here for you:

(a) Whoever, in any of the circumstances referred to in subsection (b) [(b) The circun
referred to in subsection (a) are that the offense is in or affects interstate or foreign c
this section--(2) intentionally obstructs, by force or threat of force, any person in the e
that person's free exercise of religious beliefs, or attempts to do so; shall be punishe
in subsection (d) [(d) The punishment for a violation of subsection (a) of this section s
a fine in accordance with this title and imprisonment for not more than one year, or b

Application:
(a) [Whoever] John Roberts and the other eight (8) members of the United States Su
("Roberts and the rest"), [in any of the circumstances referred to in subsection (b): (b
circumstances referred to in subsection (a) are that the offense is in or affects interst
commerce.] in the circumstances of keeping abortion legal right now at present and a
which is in and affects interstate and foreign commerce, since killing and mass murde
approximately 1,000,000 (one million) persons/individuals/people/kids/children/babie
least over 800,000 persons/individuals/people/kids/children/babies--every year in the
States reduces the number of United States citizens able to increase the work produ
States citizens...  If every single child had not been murdered/killed/aborted since 19
produced in her ENTIRE LIFE merely $1 of work, the United States would be $45,00
(forty-five million dollars) richer, since 45,000,000 babies/individuals/kids/children/pe
been legally murdered with this number increasing every 30 seconds, when one mor
every 30 seconds in the United States due to legal murder of innocent victims who ar
defenseless children which is also known as "abortion".  Since a normal or average p
$5,000.00 per year today, and since an average or normal person works for at least ?
the ages of 35 to 65 years from the date of birth or more accurately 35 to 65 years ar
months from the date of CONCEPTION, the more accurate value the U.S. has lost is
**$7,500,000,000,000.00 (7.5 trillion dollars)**.  Specifically, each of those forty-five mi

murdered could have been a pilot of an airplane, flying U.S. citizens over state lines i
from different U.S. states, which is interstate commerce, or from and into foreign cou
is foreign commerce.  Each person could have been a truck driver, driving or transpo
from different states into other states, which is interstate commerce.  Each person co
been a bus driver who transports people who want to travel to visit at least one relati
one friend, and/or at least one other person, which is interstate commerce.  Or, each
have been a cargo transporting pilot who ships goods to and from international coun
China.  That is why we Americans also known as United States citizens often see the
"Made in China" on a lot and a substantial number of the goods we (United States cit
purchase.  Or, instead of each being only a people-or-cargo-transporting pilot (respe
commercial airline or cargo shipping pilot) or goods-or-people transporting driver (res
truck or bus driver), all 45 million people could have been equally proportioned amon
professions with 11,250,000 (eleven million two hundred fifty thousand) people being
commercial airline pilot, 11,250,000 (eleven million two hundred fifty thousand) peopl
cargo shipping pilot, 11,250,000 (eleven million two hundred fifty thousand) people b
driver, and 11,250,000 (eleven million two hundred fifty thousand) people being a bu
There are at least several other examples like this, such as a railroad train driver (inte
commerce), and a sailor who is the captain who ships goods to America from Spain,
the United Kingdom, Africa, Australia, Japan, China, and any other foreign country an
America to Spain, Italy, France, the United Kingdom, Africa, Australia, Japan, China,
other foreign country (foreign commerce).  For both interstate and foreign commerce
you might be able to be creative by coming up with at least one more example.  You
me any one of your ideas by clicking "Contact" at the top left and sending me a mess
are some more ideas I came up with: an Internet programmer, website designer, and
publisher (interstate AND foreign commerce).  I will move on now to the next part of t
statute.

[Roberts and the rest] ... are continuing to intentionally obstruct by threat of force me
enjoyment of my free exercise of religious beliefs and attempt to do so.  Since they h
at least once already, the punishment for the violation of subsection (a) of this section
both a fine in accordance with this title and imprisonment for less than one year and a
one year as possible: 364 days in jail.

Since this is a civil matter/issue/action, what they must do at the very least is make a
murder of defenseless children--illegal in the United States of America, and only they
power and authority to do so.

Killing a fifty year old man is bad.  Federal law recognizes that killing a five-year-old i
because the five-year-old is more vulnerable.  Even worse than killing a five year old
a two year old, because the two-year-old is even more vulnerable.  Likewise, even w
a one year old.  And even worse is killing a baby who is only two weeks old.  That tw
baby is almost completely defenseless, because the baby, she or he, can still cry as
of defense.  That baby's voice, her or his voice, can still be heard by other human be
worse than killing a baby who is two weeks old from birth is killing a baby who is nine
conceived, which the United States law legally recognizes as a valid United States ci
he was born in the United States.  Even worse is killing an eight month conceived Un
citizen.  Even worse is killing a seven month conceived United States citizen.  Even w
a six month conceived person.  Even worse is killing a five month conceived person.
is killing a four month conceived person.  Even worse is killing a three month conceiv
Even worse is killing a two month conceived person.  Even worse is killing a one mor
person.  Even worse is killing a one day conceived person.  Even worse is killing a on
conceived person.  Worst of all of the above is killing a person who has been
conceived immediately after the moment of conception.

Even worse than killing a fifty year old person is killing a fifty year old person who do
any arms, because that person who has no arms cannot fully defend the person's se
worse is killing a person who has no legs and no arms, such as Joni Eareckson Tada
person is unable to defend the person's self physically.  Worst of all in this paragraph
baby in her or his mother's womb, because she or he (the baby) cannot escape whe

doctor stabs/pokes a sharp needle into the baby's brain/head to kill the baby.  The ba
heard.  Her or his pain, agony, suffering, torment, and/or torture cannot be heard.  At
doctors certainly would want anyone to see her or his pain, agony, suffering, torment
torture.  The baby cannot run away.  The baby cannot block the attempted murders.
cannot escape.  The baby is trapped in her or his mother's womb.

And even the law recognizes that an eight-month year old baby who is still in her or h
womb is a person, a United States citizen entitled to civil rights.  That means that I ca
that eight-month year old baby (not eight months old in the traditional sense; eight m
the sense that immediately after the child was conceived in her or his mother's womb
deadly force.  If the baby is only merely less than five months old, I am not entitled to
force AT ALL to save her or him, a baby, and if I try to save her or him, merely an inn
being who hasn't done anything wrong at all, anyone with civil authority may legally k
severely injure me, seriously injure me, injure me, and/or physically restrain me in att
save her or him.

The line basically and essentially is immediately after six months.  If the baby is six m
can be legally killed for trying to save her or him, the baby.  If the baby is more than s
old, I can use up to deadly force to save the life of the baby.

To even attempt to save a baby who is more than six months old (measured from he
conception) is a severe threat to my own human life.  If more than six months, life, ar
months or less, my death.

The risk of death is too great to even take.  A mistake can be too easily be made reg
baby's age.  Is the baby one hundred eighty days old/conceived?  If so, if I try to save
life, I can legally be murdered.  Is the baby one hundred eighty-one days old/conceiv
can live if I try to save that baby's life, using up to deadly force, and any force that a c
uses against me would be illegal, and the worse the injury the civil authority inflicts o
greater the crime/offense, and a civil authority can have the death penalty imposed o
for trying to stop me from legally attempting to save an innocent victim's life, accordir
portions which I omitted and at least a portion which I included above of the federal s
above.

That is why I cannot even safely attempt to save a seven, eight, or nine month conce
The police of civil authority could easily make a mistake and think the baby was six n
and kill me, believing he or she had the legal authority to do so.  Legally, mistake of f
defense.  Even if the police officer or civil authority is liable, it's too late: I would alrea

That is why I cannot even safely attempt to save a baby who happens to be less thar
in existence in her or his mother's womb either.

Moreover, "viability" is not a reliable standard.  It's a shifting and loose standard, whic
standard at all.  Conception is a solid and unchanging standard.  Viability means that
able to survive outside her mother's womb.  In fact, there has been a baby who has l
born prematurely at only five months old, that is, in the baby's mother's womb.  Tradi
thought that a baby less than seven months old was not viable or met the point of via
premature babies have been successfully born at varying ages, from six months old a
around that point in time or amount of time.

No baby can survive without human assistance.  It does not matter whether the baby
months old/conceived or nine months old/conceived.  If another person does not hel
that baby WILL DIE.

Something that is bad is when I heard on the radio on Focus on the Family with Dr. J
a girl who survived an attempted abortion.  I'm not a doctor.  I can only imagine what
doctors use to dissolve babies in, like dropping an Alka-Seltzer in a clear cup of wate
the thin white circular tablet fizz and clearly dissolve into the water, to kill the baby.  I
is or acids are yellow.  For now, for lack of a better term, I'm going to say sulfuric acid

whatever the toxic substance, there was this one girl who survived that attempted mu
was dropped into that poisonous, toxic, ultra-hazardous liquid.  Fortunately, she surv
when you listen to her talk, you can hear her gargling so to speak, talking as if she su
dropped into yellow, burning, sulfuric acid.  It's nasty.  I feel bad for her.  And I THINK
happened to her is wrong, horrible, and tragic, as a fellow human being.  It's an atten
murder.  I think what that doctor, those doctors, and/or anyone else did to her includin
nurses was wrong.  What her mother and the U.S. law did to her was wrong.  It is go
girl survived.  And it would not have made it any better if she had died.  That would h
even worse.  You might argue, "She was supposed to die.  If everyone did what they
supposed to do correctly, she never would have experienced this suffering."  That is
incorrect, and not right.  To that I would say that if it is true that no one who experienc
in this life here on earth should live, then we all should die, kill ourselves, and kill eac
because human life is full of pain and suffering; if that is true, then all of us should co
and take our own lives at this very second.

Someone might argue that abortion should be legal because if it were illegal, abortio
less safe and would endanger the life of the mother more.  The baby will die anyway,
The mother is not the only person with a life.  The baby in the mother's womb is also
as well.

Moreover, a female should fear murdering another.  Any person must attempt to stop
murder/abortion from happening or taking place.  If the mother happens to get injured
she gets for trying to murder an innocent human being, even if that innocent human t
happens to be her very own child.

If the mother murdered her own two year old child because she or he (the child) was
expensive, she would get at least life in prison.

That is like saying that we should make cocaine legal because the quality of cocaine
higher and cocaine manufacturers and producers would be safer because they woul
be concerned with police or civil authorities busting up their illegal drug scheme.  Co
and damages a person's life.  Abortion kills an innocent human life--a baby.  In the ca
cocaine, comparing it to abortion, cocaine would be abortion, the public at large or th
ingests or takes cocaine would be the innocent baby, the makers/manufacturers/proc
cocaine would be the abortion doctors.  And the business-people who decide to
make/manufacture/produce cocaine would be the mothers.

To perhaps one reader out there, anti-religious, non-religious, or religious: I respect y
are a good reader; that you can understand what you read thoroughly, and that you c
and be creative.  I respect that you have a degree, a master's, and a doctorate.  That
hard work and discipline.  It cost you a lot of time, effort, and money.  You had to mal
sacrifices to get where you are today.

It is good to have humility and be humble.

One fallacy in argument is to compare a real-life situation to something else or make
law and facts that are not even real--to create hypos and impossible scenarios sayin
When you start to compare a real situation to a different situation or scenario, you are
real situation and issue at hand.  When you make up facts that cannot even be true c
even be true or might not ever actually happen, never has happened, and never will I
set me up in a scenario where your wrong answer will be right, and that is not fair.  T
is for the person or persons on Wikipedia who came up with the last hypo in order to
anti-abortion arguments which won.  The opposing side clearly lost all of the other an
therefore had to resort to comparing abortion to something else or making up fake fa
Even in that case or those cases, you lost.  I know what you really are after.  You wa
the world how smart and clever you are.  This has nothing to do with true right and w
care about is that you think you can manipulate words to make something that is clea
such as murder or abortion right, okay, or acceptable, and you want to prove to the w
have that ability or "skill", which really is no skill at all.  You are clearly wrong.  It is no

show-off, boast, brag, be conceited, have selfish ambition, or be arrogant; it only mal
worse.  That is called arrogance, pride, boasting, or bragging.

John Roberts is not ignorant of the law.  He graduated Magna Cum Laude from Harv
School, like President Barack Obama.  The other justices are not ignorant of the law
know that their lack of advocacy for the rights of these young children keeps murder
children legal.  They know that they are threatening me with deadly violence for tryin
life of an innocent child.  Therefore, their act, acts, inaction, and/or inactions are inter

It is MY SINCERE AND DEEPLY HELD religious belief (from now on "religious belief
am completely innocent, in order to defend or protect myself or my own life, I may us
force, and I also may use necessary force to protect or defend the life of an innocent
even if that force happens to be deadly.  Furthermore, it is my religious belief that life
conception.  Therefore, it is my religious belief that a baby/child in her or his mother's
individual and person with fundamental rights.  Law is a fine art.  The details and the
points are everything.  Right and wrong as well as good and evil NEVER change.  Ur
laws do change all the time.  Therefore, the older the laws, the better, not the newer
better.  Before 1973, at least abortion was illegal at the conception of the child in her
womb in the United States, except in cases such as when the mother's life would enc
delivering the child.  What I'm asking for now is abortion must be illegal in every singl
possible and imaginable.

Powered by
Microsoft Office Live |