ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 20 2010
CLERK, U.S. DISTRICT COURT
By_____ Deputy  4:30pm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. |
| ERLYNDON J. LO | § | 3-10CR 110-M |

INDICTMENT

The Grand Jury Charges:

Count One
Transmitting a Threatening Communication in Interstate Commerce
(Violation of 18 U.S.C. § 875(c))

On or about April 1, 2010, **ERLYNDON J. LO,** knowingly transmitted in interstate commerce, from in or around the City of Plano, Texas, a communication via Federal Express mailing and that the defendant knew would be transmitted via the ECF/Pacer Internet filing system, that contained a threat to use physical force and deadly force against clients and employees of the Southwestern Women's Surgical Center ("SWSC"), a facility located in the Northern District of Texas, that provides reproductive health services, that is, statements declaring as follows:  "…ON FRIDAY, APRIL 2, 2010, TOMORROW, I WILL BE AT THE SOUTHWESTERN LATE-TERM ABORTION FACILITY LOCATED AT 8616 Greenville Ave. at Royal Ln. (NE corner), Dallas 75243, I will try to

**Indictment – Page 1**

stop an abortion using oral words, and if words are not enough, I will use physical force if necessary, and if anyone tries to physically stop me, I will overcome that force, and if I must use deadly force to defend the innocent life of another human being, I will."

All in violation of Title 18, United States Code, Section 875(c).

**Indictment – Page 2**

Count Two
Interference with Access to Reproductive Health Services
(Violation of 18 U.S.C. § 248(a)(1))

On or about April 1, 2010, in the Northern District of Texas and elsewhere, **ERLYNDON J. LO**, by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, the employees and clients of the Southwestern Women's Surgical Center ("SWSC"), a facility located in the Northern District of Texas, that provides reproductive health services, because the SWSC provided reproductive health services, and in order to intimidate the employees and clients of the SWSC from providing and obtaining reproductive health services.

All in violation of Title 18, United States Code, Section 248(a)(1).

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
SARAH R. SALDAÑA
Assistant United States Attorney
Texas Bar No. 05776775
ERRIN MARTIN
Assistant United States Attorney
Texas Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.4104


THOMAS J. PEREZ
ASSISTANT ATTORNEY GENERAL

MYESHA BRADEN
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:  202.305.1483

Indictment – Page 4

```
                    U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF TEXAS
                         FILED

                         APR 20 2010

                    CLERK, U.S. DISTRICT COURT
                    By _____
                              Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**ERLYNDON J. LO**

INDICTMENT     **3 - 10 CR  1 1 0 - M**

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce

18 U.S.C. § 248(a)(1)
Interference with Access to Reproductive Health Services

2 Counts

A true bill rendered

DALLAS                                              FOREPERSON

Filed in open court this __20__ day of April, 2010

_____ Clerk

Defendant is in Federal Custody

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
Magistrate Complaint 3:10-MJ-126

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: __Yes  _X__No
New Defendant: __X_Yes  ___No
Pending CR Case in NDTX: ___Yes  _X__No (If yes, CR #:)
Search Warrant Case Number:_____
Rule 20 from District of: _____
Magistrate Case Number:___3:10-MJ-126_____

1. **Defendant Information**

    Juvenile: ☐ Yes  [X] No
    Matter to be sealed:
    ☐ Yes  [X] No

    Defendant Name     Erlyndon J. Lo **(1)**
    Alias Name
    Address

    County in which offense was committed:    Dallas

2. **U.S. Attorney Information**

    Sarah Saldaña     Bar # 05776775

3. **Interpreter**

    ☐ Yes  [X] No
    If Yes, list language and/or dialect: _____

    **RECEIVED**
    APR 2 0 2010
    4:30 pm
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF TEXAS

4. **Location Status**

    [X] Already in Federal Custody
    ☐ Already in State Custody
    ☐ On Pretrial Release

5. **U.S.C. Citations**

    Total # of Counts as to This Defendant: 2    ☐ Petty    ☐ Misdemeanor    [X] Felony

    | Citation | Description of Offense Charged | Count(s) |
    |---|---|---|
    | 18 U.S.C. § 875(c) | Transmitting a Threatening Communication in Interstate Commerce | 1 |
    | 18 U.S.C. § 248(a)(1) | Interference with Access to Reproductive Health Services | 2 |

    Date  4/20/10

    Signature of AUSA: _____